IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ANDREW JONES,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**FIRST COLONY PIZZA, INC. d/b/a DOMINOS PIZZA, and SCOTT BOYLE, individually,**<br><br>Defendants. | **Case No. 3:21-cv-00510**<br><br>**Jury Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Andrew Jones, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendants First Colony Pizza, Inc. and Scott Boyle without prejudice.

Respectfully submitted,

/s/ *G. Greenberg*
**GREGG C GREENBERG,** CPF# 0717110314
Zipin, Amster & Greenberg, LCC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: ggreenberg@zagfirm.com

J. Forester*, Texas Bar No. 24087532
**FORESTER HAYNIE PLLC**
400 N St Paul St Ste 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
jay@foresterhaynie.com
\**pro hac vice* forthcoming

1

2

## CERTIFICATE OF SERVICE

Service will be made on Defendants according to the Federal Rules of Civil Procedure.

*/s/ G. Greenberg*
**GREGG C. GREENBERG**